UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| PHUC THEIN TRINH | : | |
| | : | MAG. NO. 19-2033(JS) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 6th day of June 2019.

ORDERED that Richard Coughlin, Federal Public Defender (Lori Koch, AFPD) for the District of New Jersey is hereby appointed to represent said defendant in this matter until further order of the Court.

JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender